IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRAVIS ROBINSON, individually and for others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KIEWIT MINING GROUP INC.,<br><br>Defendant. | **8:25CV237**<br><br><br>**ORDER** |

This matter is again before the Court on the parties' joint stipulation for dismissal with prejudice (Filing No. 21). *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff Travis Robinson filed this lawsuit individually and purportedly on behalf of other similarly situated individuals under the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 201 *et seq.* Given that claim, the Court ordered (Filing No. 22) the parties to submit their settlement for judicial approval or submit supplemental briefing addressing why the Court should dismiss the settlement without approval. *See Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 1026 (8th Cir. 2019) (noting it is an open question "whether the FLSA requires judicial approval to settle bona fide disputes over hours worked or wages owed").

The parties have submitted supplemental briefing (Filing No. 23) explaining that this is "an individual settlement involving two Plaintiffs," no class or collective action was ever certified, and both plaintiffs are represented by experienced counsel. The parties further state their settlement "constitutes a full recovery rather than a compromise" so "judicial approval is neither required nor appropriate." *Cf. Martin v. Spring Break '83 Productions, L.L.C.*, 688 F.3d 247 (5th Cir. 2012) (enforcing a FLSA settlement without judicial approval). Given that additional clarification, the Court is satisfied in these circumstances.

Accordingly,

IT IS ORDERED:

1.      This case is dismissed per the filing of the stipulation for dismissal signed by both parties (Filing No. 21).  *See* Fed. R. Civ. P. 41(a)(1).

2.      This case is dismissed with prejudice, with each party to bear its own fees, costs and expenses.

Dated this 8th day of April 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge

2